## AIRPORT COMPLAINT & SUMMONS — 034721 A

- CIRCUIT: First
- Dist: 1
- Beat: 627
- Operator Lic. No: 371862501 H
- NAME: LINSCHOTEN, JOHANNES
- Current/Mailing Address: 981388 Hino Pl #A
- City, State, Zip: Pearl City, HI 96782
- Hgt: 5-11  Wt: 180  Sex: M  Date of Birth: 05-28-59
- Place of Employment/School: FAA/HNL-FSDO
- Did on/or about this 06-26 day of Tuesday, 2001, about 1715 Hrs
- did operate lic. plate no.: GH 03673  State: HI
- Vehicle Make: Ford  Type: 4 Door  Color: Blue
- at (Location): Taxiway between Hangar [illegible] & Commuter
- and did commit the offense of: Failure to yield right of way
- SECTION: HAR 19-24(a)
- Accident: □ Minor □ Major
- Date of Issue: 06-26-01  Time of Issue: 1700
- Complainant: [illegible] Badge/ID No: 5103
- A Postmark within 7 calendar days Payment Amount: [illegible]
- B Postmark after 7 calendar days Payment Amount: Court
- SUMMONS — Your appearance date is:
- DATE: 8-7-01  TIME: 0830  COURTROOM: 7C
- District Court of: Honolulu
- 034721 A

## AIRPORT COMPLAINT & SUMMONS — 034722 A

- CIRCUIT: First
- Dist: 1
- Beat: 627
- Operator Lic. No: 371862501 H
- NAME: LINSCHOTEN, JOHANNES
- Current/Mailing Address: 981388 Hino Pl #A
- City, State, Zip: Pearl City, HI 96782
- Hgt: 5-11  Wt: 180  Sex: M  Date of Birth: 05-28-59
- Place of Employment/School: FAA/HNL-FSDO
- Did on/or about this 06-26 day of Tuesday, 2001, about 1715 Hrs
- did operate lic. plate no.: GH 03673  State: HI
- Vehicle Make: Ford  Type: 4 Door  Color: Blue
- at (Location): Taxiway between Hangar [illegible]
- and did commit the offense of: Vehicle to be operated on Roadways
- SECTION: HAR 19-31(2)
- Accident: □ Minor □ Major
- Date of Issue: 06-26-01  Time of Issue: 1700
- Complainant: [illegible] Badge/ID No: 5103
- A Postmark within 7 calendar days Payment Amount: [illegible]
- B Postmark after 7 calendar days Payment Amount: Court
- SUMMONS — Your appearance date is:
- DATE: 8-7-01  TIME: 0830  COURTROOM: 7C
- District Court of: Honolulu
- 034722 A

PAYMENT COPY — IMPORTANT - READ ALL INSTRUCTIONS CAREFULLY

WARNING: Failure to respond or appear at the time and place indicated will result in the issuance of a summons or warrant for your arrest.