# AIRPORT COMPLAINT & SUMMONS

**034721 A**

| Field | Value |
|---|---|
| CIRCUIT | First |
| Dist. | 1 |
| Beat | 652 |
| Census | 7 |
| Operator Lic. No. | 371862501 H |
| Name (Last) | LINSCHOTEN |
| First | JOHANNES |
| Middle | A |
| Current/Mailing Address | 981388 Hino PL #A |
| City, State, Zip | Pearl City, HI 96782 |
| Hgt. | 5-11 |
| Wt. | 180 |
| Sex | M |
| Date of Birth | 05-28-59 |
| Place of Employment | FAA/HNL-FSDO |

Did on or about this 06-26 day of Tuesday 2001 about 0915 Hrs.

did operate lic. plate no. GH 03673 State HI

Vehicle Make: Ford  Type: 4 Door  Color: Blue

at (Location): TAXIWAY between Runway 8R + Center

and did commit the offense of: Failure to yield right of way to aircraft

SECTION: 14-15.1-24(a)

Accident: ☐ Minor ☐ Major

Date of Issue: 06-26-01  Time of Issue: 0930

Complainant: [signature] Badge/ID No. 51030

A Postmark within 7 calendar days: Court
B Postmark after 7 calendar days: Court

## SUMMONS

Your appearance date is:
DATE: 8-7-01  TIME: 0830  COURTROOM: 1C
District Court of Honolulu

WARNING: Failure to respond or appear at the time and place indicated will result in the issuance of a summons or warrant for your arrest.

**034721 A**

PAYMENT COPY

---

# AIRPORT COMPLAINT & SUMMONS

**034722 A**

| Field | Value |
|---|---|
| CIRCUIT | First |
| Dist. | 1 |
| Beat | 652 |
| Census | 7 |
| Operator Lic. No. | 371862501 H |
| Name (Last) | LINSCHOTEN |
| First | JOHANNES |
| Middle | A |
| Current/Mailing Address | 981388 Hino PL #A |
| City, State, Zip | Pearl City, HI 96782 |
| Hgt. | 5-11 |
| Wt. | 180 |
| Sex | M |
| Date of Birth | 05-28-59 |
| Place of Employment | FAA/HNL-FSDO |

Did on or about this 06-26 day of Tuesday 2001 about 0915 Hrs.

did operate lic. plate no. GH 03673 State HI

Vehicle Make: Ford  Type: 4 Door  Color: Blue

at (Location): Taxiway between Runway 8R + Center

and did commit the offense of: Vehicle to be operated in marked roadways

SECTION: 14-15.1-31(a)(2)

Accident: ☐ Minor ☐ Major

Date of Issue: 06-26-01  Time of Issue: 0930

Complainant: [signature] Badge/ID No. 51033

A Postmark within 7 calendar days: Court
B Postmark after 7 calendar days: Court

## SUMMONS

Your appearance date is:
DATE: 8-7-01  TIME: 0830  COURTROOM: 1C
District Court of Honolulu

WARNING: Failure to respond or appear at the time and place indicated will result in the issuance of a summons or warrant for your arrest.

**034722 A**

PAYMENT COPY