IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII, | ) | CIVIL NO. |
| | ) | (District Court, First |
| Plaintiff, | ) | Circuit, Honolulu |
| | ) | Division, Citation |
| vs. | ) | Nos. 034721A and 034722A) |
| | ) | |
| JOHANNES C. LINSCHOTEN, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following person by depositing said copy in the United States Mail, postage prepaid, on this date:

    Peter B. Carlisle
    Prosecuting Attorney
    Department of the Prosecuting Attorney
    City & County of Honolulu
    1060 Richards Street
    Honolulu, Hawaii 96813

DATED: August 6, 2001, at Honolulu, Hawaii.

                              /s/ Myra Y. Peterson
                              MYRA Y. PETERSON