IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, ) | CIVIL NO. |
| ) | (District Court, First |
| Plaintiff, ) | Circuit, Honolulu |
| ) | Division, Citation |
| vs. ) | Nos. 034721A and 034722A) |
| ) | |
| JOHANNES C. LINSCHOTEN, ) | |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following person by depositing said copy in the United States Mail, postage prepaid, on this date:

Peter B. Carlisle
Prosecuting Attorney
Department of the Prosecuting Attorney
City & County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813

DATED:  August 6, 2001, at Honolulu, Hawaii.

MYRA Y. PETERSON